IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHNNY EUGENE HESTER                                                          PLAINTIFF

      v.                         Civil No. 13-5077

SHERIFF KELLY CRADDUCK; and
the JAIL MEDICAL STAFF                                          DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. He proceeds *pro se.*

By order entered on April 11, 2013 (Doc. 3), Plaintiff was directed to file a complaint on the court approved form and a complete *in forma pauperis* (IFP) by April 30, 2013. Plaintiff was advised that failure to do so would make the case subject to summary dismissal.

To date, Plaintiff has failed to file the complaint or IFP application. He has not requested an extension of time to do so. No mail has been returned as undeliverable. Plaintiff has not communicated with the Court in anyway.

I therefore recommend that this case be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to obey the order of the Court and failure to prosecute this action.

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff**

AO72A
(Rev. 8/82)

**is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of May 2013

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)