```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

JOHNNY EUGENE HESTER                                              PLAINTIFF

         v.              Civil No. 13-5077

SHERIFF KELLY CRADDUCK; and
the JAIL MEDICAL STAFF                                           DEFENDANTS

## O R D E R

Now on this 12th day of July, 2013, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #5), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed**.

**IT IS SO ORDERED.**

                                     /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE